DANE W. ANDERSON
Nevada State Bar No. 6883
Anderson Keuscher Brachmann
905 Plumas Street
Reno, Nevada 89509
Tel: 775/823-0049
Fax: 775/201-0049
Dane@andersonkeuscher.com
*Attorney for Bahram Farahi*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAN R. HERSON, an Arizona resident; and CAROL A. HERSON, an Arizona resident,<br><br>          Plaintiffs.<br><br>v.<br><br>BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation,<br><br>          Defendants. | Case No.  3:25-cv-00433-MMD-CLB |

## ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO COMPLAINT

The parties hereby stipulate to extend the deadline for the Defendants, Bahram Farahi and Desert Outdoor Advertising, Inc., to file their response to the Complaint filed on August 18, 2025 [Document 1]. The current deadline to respond is January 12, 2026. [Document 15]. The parties agree to, and ask the Court to approve, an extension of the deadline up to and including until January 19, 2026.

1

The undersigned affirms that this document contains no social security numbers.

Dated this 12th day of January, 2026.

| ANDERSON KEUSCHER BRACHMANN | HANKS LAW GROUP |
|---|---|
| By: /s/ Dane W. Anderson            . <br> Dane W. Anderson, Esq. <br> *Attorney for Defendants* | By: /s/ Karen Hanks              . <br> Karen Hanks, Esq. <br> *Attorneys for Plaintiffs* |

IT IS SO ORDERED.
Dated: January 13, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2