DANE W. ANDERSON
Nevada State Bar No. 6883
Anderson Keuscher Brachmann
905 Plumas Street
Reno, Nevada 89509
Tel: 775/823-0049
Fax: 775/201-0049
Dane@andersonkeuscher.com
*Attorneys for Bahram Farahi and*
*Desert Outdoor Advertising, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAN R. HERSON, an Arizona resident; and CAROL A. HERSON, an Arizona resident, <br><br>                   Plaintiffs. <br><br> v. <br><br> BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation, <br><br>                   Defendants. <br><br> BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation, <br><br>                   Counterclaimants, <br><br> v. <br><br> ALAN R. HERSON, an Arizona resident; and Carol A. HERSON, an Arizona resident; <br><br>                   Counterdefendants. | Case No.  3:25-cv-00433-MMD-CLB <br><br><br> **ORDER GRANTING BAHRAM FARAHI AND DESERT OUTDOOR ADVERTISING INC.'S MOTION FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION** |

1

BAHRAM FARAHI, a Nevada resident;
and DESERT OUTDOOR ADVERTISING,
INC., a Nevada corporation,

Third-Party Plaintiffs,

v.

JEFFREY HERSON, an Arizona resident;
and DOES 1-10,

Third-Party Defendants.

Defendants/Counterclaimants Bahram Farahi ("Farahi") and Desert Outdoor Advertising, Inc. ("DOA") (collectively "Defendants") move the Court for an extension to respond to Plaintiffs/Counterdefendants (collectively "Plaintiffs") Requests for Production of Documents served upon each of Farahi and DOA on May 4, 2026. The original deadline to respond to the requests was June 3, 2026.

Plaintiff's counsel granted Defendants' counsel an extension of 2 weeks, making the new deadline June 17, 2026.  At that time, Defendants' counsel believed this would be sufficient additional time to serve Defendants' responses.  However, due to other cases and personal obligations, Defendants' counsel requires some additional time to provide meaningful responses, including responding to requests for production that seek communications protected by the attorney-client privilege, which may require the preparation of a privilege log and also to identify responsive documents among the over 500 pages already produced by Plaintiff.  There are also additional documents to produce.

On June 16, 2026, Defendants' counsel emailed Plaintiffs' counsel to request a brief additional extension of two weeks, to July 1, 2026, to allow time for Defendants to serve their response.  Unfortunately, Plaintiffs' counsel did not respond on June 16 so, on the morning of June

17, 2026, Defendants' counsel sent a follow up request, to which he received no response.  So, later in the day on June 17, 2026, Defendants' counsel sent one last follow up email which, at the time of this filing, has gone unanswered.  *See* **Exhibit 1**, attached.[1]

Defendants' counsel understands Plaintiffs' counsel is preparing for trial and may have been unable to respond.  Therefore, out of an abundance of caution, Defendants' file this motion to request the Court's approval of an extension of time for Defendants to file their respective responses to Plaintiffs' discovery requests.  This is a good faith request.  Defendants have already produced 527 pages of documents in their initial disclosures and intend to provide additional documents in their responses to Plaintiffs' discovery requests, while Plaintiffs have produced no documents other than the exhibits to their complaint and their son, Third Party Defendant Jeffrey Heson, has made no disclosures pursuant to FRCP 26(a).  Defendants will be serving written discovery soon.  No depositions have taken place.  Discovery is in its infancy and Plaintiffs will not be prejudiced if the Court grants Defendants' request for an additional two weeks to July 1, 2026 in which to serve their responses, including objections, to Plaintiffs' discovery.  When combined with the previous two-week extension, Defendants' request for an additional two weeks is less than a 30-day extension.  This is a reasonable request in the circumstances.

Counterclaimants respectfully request the Court grant this short extension of time to respond to the requests for production of documents to **July 1, 2026**.

///

///

---

[1] Defendants acknowledge the requirements LR I-A 1-3(f) but respectfully submit that, given the time constraints and lack of response to Defendants' email requests, a telephone conference or video conference was impossible.

Pursuant to LR 26-6(c), the undersigned declares that the above-described efforts to meet and confer are accurate and made in good faith to the best of his ability under the circumstances, to no avail.

**Affirmation pursuant to NRS 239B.030.**

The undersigned affirms that the preceding document does not contain the personal information or social security number of any person.

DATED this 17th day of June, 2026.

ANDERSON KEUSCHER BRACHMANN

By /s/ Dane W. Anderson.                    .
Dane W. Anderson, Esq.
*Attorneys for Bahram Farahi and*
*Desert Outdoor Advertising, Inc.*

**IT IS SO ORDERED.**

**DATED:**  June 18, 2026

_____
UNITED STATES MAGISTRATE JUDGE

4