KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434

*Pursuant to NRS 239B.030, the undersigned affirms this document does not contain social security numbers.*

HANKS LAW GROUP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

ALAN R. HERSON; CAROL A. HERSON,

Plaintiffs,

vs.

BAHRAM FARAHI; DESERT OUTDOOR ADVERTISING, INC.,

Defendants.

BAHRAM FARAHI a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation;

Counterclaimants,

v.

ALAN R. HERSON, an Arizona resident; and Carol A. HERSON, an Arizona resident;

Counterdefendants.

BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation,

Third-Party Plaintiffs,

v.

JEFFREY HERSON, an Arizona resident; and DOES 1-10,

Third-Party Defendants

Case No. 3:25-CV-00433-MMD-CLB

**ORDER GRANTING**

**STIPULATION RE WITHDRAWAL OF COUNSEL**

Pursuant to LR IA 11-6(b), Alan Herson and Carol Herson and Karen Hanks, Esq. hereby stipulate to Karen Hanks Esq.'s withdrawal as counsel for Alan and Carol Herson in the above-captioned matter.

DATED this 28th day of September, 2026.


*/s/ Alan Herson*
*/s/ Carol Herson*
3347 Bar Circle Road A
Prescott, AZ 86301
arherson@yahoo.com

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139


The Clerk shall update the docket to reflect the following physical address for Plaintiffs and email addresses. In addition, a copy of this order and all documents hereafter filed shall be served on Plaintiffs at the following address:

Alan and Carol Herson
3347 Bar Circle Road A
Prescott, AZ 86301

**IT IS SO ORDERED.**

**DATED:** September 28, 2026.

U.S. MAGISTRATE JUDGE