UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAN R. HERSON, an Arizona resident; and CAROL A. HERSON, an Arizona resident,<br>Plaintiffs.<br><br>v.<br><br>BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation,<br><br>Defendants.<br>―――<br>BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ALAN R. HERSON, an Arizona resident; and Carol A. HERSON, an Arizona resident;<br><br>Counterdefendants. | Case No. 3:25-cv-00433-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINES FOR DEFENDANTS TO RESPOND TO THE (1) JOINT MOTION TO COMPEL FILED OCTOBER 15, 2026 [ECF 67] AND JEFF HERSON'S MOTION TO DISMISS OR STRIKE FILED OCTOBER 19, 2026 [ECF 68]**<br><br>**[FIRST REQUEST]** |

| | |
|---|---|
| BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>JEFFREY HERSON, an Arizona resident; and DOES 1-10,<br><br>Third-Party Defendants. | |

Plaintiffs/Counterdefendants ALAN R. HERSON and CAROL A. HERSON (“Plaintiff’s), Defendants/Counterclaimants BAHRAM FARAHI and DESERT OUTDOOR ADVERTISING (“Counterdefendants”) and Third Party Defendant, JEFFREY HERSON (“Jeff Herson”), hereby stipulate to extend the deadlines for Counterdefendants to oppose or otherwise respond to the Joint Motion to Compel filed on October 15, 2026 [ECF 67] and Jeff Herson’s Motion to Dismiss or Strike filed October 19, 2026 [ECF 68]. This is the first request for an extension of these deadlines. The parties agree that the extended deadline for Counterdefendants to respond to both deadlines should be **November 9, 2026**, and request that the Court enter an order upon this stipulation.

///

///

///

///

///

///

///

This document does not contain the personal information of any person as defined by NRS 603A.040.

DATED this 28th day of October, 2026.

ANDERSON KEUSCHER BRACHMANN

By: /s/ Dane W. Anderson
Dane W. Anderson, Esq.
*Attorneys for Defendant*

By: /s/ Alan Herson
Alan Herson
*Attorneys for Plaintiffs*

By:/s/ Jeffrey Herson
Jeffrey Herson
*Pro Per*

IT IS SO ORDERED

*US MAGISTRATE JUDGE*

DATED: October 28, 2026.