**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

ALAN R. HERSON, et. al.,

Plaintiff,

v.

BAHRAM FARAHI, *et al.*,

Defendants.

Case No. 3:25-CV-00433-MMD-CLB

**ORDER GRANTING STIPULATION REGARDING PROPOSED AMENDED COMPLAINT AND RELATED PLEADINGS**

[ECF No. 79]

Pending before the Court is the parties' joint "Stipulation Regarding Proposed Amended Complaint and Related Pleadings." (ECF No. 79.) Having considered the proposed stipulation:

**IT IS HEREBY ORDERED** that the parties' joint stipulation, (ECF No. 79), is **GRANTED** to the extent not contradicted herein;

**IT IS FURTHER ORDERED** that Plaintiffs shall file their Amended Complaint on the docket within **7 days** of the date of this order[1];

**IT IS FURTHER ORDERED** that Defendants Farahi and Desert Outdoor Advertising, Inc. shall file their answer or response to the Amended Complaint on or before **21 days** after the Amended Complaint is filed;

**IT IS FURTHER ORDERED** that Plaintiffs' motion to amend the complaint, (ECF No. 64), is **DENIED AS MOOT**.

**DATED**: November 6, 2026.

**UNITED STATES MAGISTRATE JUDGE**

[1] Although the parties' proposed stipulation states that the "[Proposed] Amended Complaint," which was previously filed on the docket at ECF No. 65, may be deemed "filed" on the date the Court approves the proposed stipulation, this is incorrect and improper. Therefore, to ensure the amended complaint is properly docketed and the record in this case is clear, the Court cannot approve that aspect of the parties' stipulation.