DANE W. ANDERSON
Nevada State Bar No. 6883
Anderson Keuscher Brachmann
905 Plumas Street
Reno, Nevada 89509
Tel: 775/823-0049
Fax: 775/201-0049
Dane@andersonkeuscher.com
*Attorneys for Bahram Farahi and Desert Outdoor Advertising, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAN R. HERSON, an Arizona resident; and CAROL A. HERSON, an Arizona resident,<br>Plaintiffs.<br><br>v.<br><br>BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation,<br><br>Defendants.<br>———<br>BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation,<br><br>Counterclaimants,<br><br>v.<br><br>ALAN R. HERSON, an Arizona resident; and Carol A. HERSON, an Arizona resident;<br><br>Counterdefendants.<br>———<br>BAHRAM FARAHI, a Nevada resident; and DESERT OUTDOOR ADVERTISING, INC., a Nevada corporation, | Case No. 3:25-cv-00433-MMD-CLB<br><br>**ORDER GRANTING STIPULATION RE DEPOSITION OF BAHRAM FARAHI** |

Third-Party Plaintiffs,

v.

JEFFREY HERSON, an Arizona resident; and DOES 1-10,

Third-Party Defendants.

Plaintiffs/Counterdefendants ALAN R. HERSON and CAROL A. HERSON ("Plaintiffs"), Defendants/Counterclaimants BAHRAM FARAHI and DESERT OUTDOOR ADVERTISING ("Defendants") and Third Party Defendant, JEFFREY HERSON ("Jeff Herson"), stipulate as follows regarding the deposition of Bahram Farahi.

1. On October 29, 2026, Jeff Herson filed a motion for terminating sanctions against Bahram Farahi and Desert Outdoor Adverstsing, Inc. or, in the alternative, for an order compelling Bahram Farahi to appear for his deposition (ECF No. 78) ("Motion for Terminating Sanctions").

2. Thereafter, Jeff Herson noticed Bahram Farahi's deposition for Friday, November 13, 2026 at 9:00 a.m.

3. Defendants advised Jeff Herson and Plaintiffs that Mr. Farahi was out of the country during the month of November and, therefore, the parties have agreed to change the date of Mr. Farahi's deposition to commence **Monday, December 7, 2026 at 1:00 p.m.** for a period of four hourse of examination time, not counting breaks. The remainder of the seven hours allowed for Mr. Farahi's deposition under Fed. R. Civ. P. 30(d)(1) shall commence on **Monday, December 28, 2026 at 1:00 p.m.** Neither session will be postponed or reschedule except by order of the Court on a written motion showing good cause.

4. This stipulation and order is notice of Mr. Farahi's deposition. The previous notice for November 13, 2026 is vacated. All parties may attend and examine the witness.

5. Upon the Court's approval of this stipulation, the Motion for Terminating Sanctions [ECF No. 78] is withdrawn without prejudice to Jeff Herson's right to renew it if Mr. Farahi does not appear and testify as set forth in this stipulation and order.

6. Should Mr. Farahi fail to appear and testify as stipulated and ordered, and without good cause as determined by this Court, any party may move for sanctions under Fed. R. Civ P. 37.

7. This stipulation does not affect any other pending motion or any other deadlines in the Scheduling Order (ECF No. 47).

This document does not contain the personal information of any person as defined by NRS 603A.040.

DATED this 12th day of November, 2026.

ANDERSON KEUSCHER BRACHMANN

By: /s/ Dane W. Anderson
Dane W. Anderson, Esq.
*Attorneys for Defendant*

By: /s/ Alan Herson
Alan Herson
*Attorney for Plaintiffs*

By: /s/ Jeffrey Herson
Jeffrey Herson
Pro Per

ORDER

The stipulation is granted and the motion for terminating sanctions, (ECF No. 78), is hereby withdrawn.
IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2026.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify I am an employee of Anderson Keuscher Brachmann, and I served the foregoing document(s) described as follows:

**STIPULATION RE DEPOSITION OF BAHRAM FARAHI**

On the party set forth below by:

____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, pstage prepaid, following ordinary business practices

_X___ Electronic filing via E-flex

____ Personal Delivery

____ Facsimile (FAX).

____ Federal Express or other overnight delivery.

Addressed as follows:

Alan Herson
Attorney for Plaintiffs

Jeffrey Herson
Pro Per
billboardlitigationteam@gmail.com

Dated this 12th day of November, 2026.

/s/ Maci Abrott
Maci Abrott